IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXIDE TECHNOLOGIES, et al.[1], | ) | Case No. 02-11125 (JCA) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Objection Deadline: May 3, 2002 at 4:00 PM
Hearing Date: May 9, 2002 at 1:30 PM (only if necessary)

## NOTICE OF MOTION FOR AN ORDER AUTHORIZING THE DEBTORS TO IMPLEMENT A KEY EMPLOYEE RESTRUCTURING MILESTONE INCENTIVE AND INCOME PROTECTION PROGRAM

TO: The Office of the United States Trustee; Debtors' (40) largest Unsecured Creditors; the counsel for Pre-Petition Lenders; the counsel for the Post Petition Lenders; counsel for the Informal Committee of Noteholders; and Parties requesting notice pursuant to Bankruptcy Rule 2002.

The debtors and debtors in possession (the "Debtors") in the above-captioned cases have filed the *Motion for an Order Authorizing the Debtors to Implement a Key Employee Restructuring Milestone Incentive and Income Protection Program* (the "Motion") which seeks the entry of an order authorizing the Debtors to implement a key employee incentive and income protection program.

**Any response or objection to the Motion must be filed on or before May 3, 2002 at 4:00 P.M. Eastern Time.** At the same time, you must also serve a copy of the response or objection upon proposed co-counsel for the Debtors at the addresses set forth below.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these proceedings are: Exide Technologies f/k/a Exide Corporation; Exide Delaware, L.L.C.; Exide Illinois, Inc. and RBD Liquidation, L.L.C.

25014-001\DOCS_DE:45149.1
04/18/02 5:56 PM

IF OBJECTIONS OR RESPONSES ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE MOTION WILL BE HELD ON **MAY 9, 2002 AT 1:30 P.M. EASTERN TIME** BEFORE THE HONORABLE JOHN C. AKARD, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT THE J. CALEB BOGGS FEDERAL BUILDING, 844 KING STREET, COURTROOM 2B, WILMINGTON, DE 19801.

Dated: April 18, 2002

KIRKLAND & ELLIS
Matthew N. Kleiman
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Christopher J. Lhulier (Bar No. 3850)
Kathleen Marshall DePhillips (Bar No. 4173)
16th Floor, 919 North Market Street
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

[Proposed] Co-Counsel for the
Debtors and Debtors in Possession

2